**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT METCALF,<br><br>            Plaintiff-Appellant,<br><br>    v.<br><br>OLIVIA CRAVEN, Executive Director of the Idaho Comm of Pardons and Parole; et al.,<br><br>            Defendants-Appellees. | No. 16-35087<br><br>D.C. No. 1:14-cv-00034-REB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Idaho
Ronald E. Bush, Magistrate Judge, Presiding[**]

Submitted March 8, 2017[***]

Before:    LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

Scott Metcalf appeals pro se from the district court's judgment dismissing

his 42 U.S.C. § 1983 action alleging various constitutional claims.  We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    Metcalf consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291. We review de novo. *Belanus v. Clark*, 796 F.3d 1021, 1024 (9th Cir. 2015) (dismissal under 28 U.S.C. § 1915A); *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915(e)(2)). We may affirm on any basis supported by the record. *Steckman v. Hart Brewing, Inc.*, 143 F.3d 1293, 1295 (9th Cir. 1998). We affirm.

Dismissal of Metcalf's action was proper because Metcalf failed to allege facts sufficient to state a plausible claim for relief on the basis that his sentences were not properly calculated. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.").

Metcalf's motion for appointment of counsel, filed on May 13, 2016, is denied.

**AFFIRMED.**

16-35087